Form apsum

# UNITED STATES BANKRUPTCY COURT

Northern District of West Virginia

| | |
|---|---|
| In Re: William Harley Stanton Pratt and Lorraine Marie Pratt<br>Debtor | Case No.: 1:08-bk-01941<br>Chapter 7 |
| William Harley Stanton Pratt,<br>Lorraine Marie Pratt<br>Plaintiff(s)     v. | MyCashNow.com,<br><br>Defendant(s) |
| Adv. Proc. No. 1:09-ap-00069 | Judge: Patrick M. Flatley |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.
Address of the Clerk:
12th and Chapline Streets, Post Office Box 70, Wheeling, WV 26003

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:
Todd Johnson
Johnson Law Office
Post Office Box 519
Morgantown, WV 26507-0519

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the Bankruptcy Court and judgment by default may be taken against you for the relief demanded in the complaint.

Pursuant to Bankruptcy Rule 7007.1, any corporation that is a party to an adversary proceeding, other than the debtor or a governmental unit, shall file a statement disclosing all corporations that directly or indirectly owns 10 percent or more of any class of the corporation's equity interests. This Corporate Ownership Statement must be provided even if there are no entities to report. A form for filing this Corporate Ownership Statement can be found on our Court's website at www.wvnb.uscourts.gov under Bankruptcy Forms/Local Bankruptcy Forms.

Date of Issuance: 9/22/09

                                          Michael D. Sturm
                                          Clerk, U.S. Bankruptcy Court

                                          BY: _/s/ Annette T Burks_
                                          Deputy Clerk
                                          Post Office Box 70
                                          Wheeling, WV 26003
                                          304-233-1655

# CERTIFICATE OF SERVICE

I, **Thomas E. McIntire** (name), certify that I am, and at all times during the service of process was, no less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **Sept 28, 2008** (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid addressed to: + certified mail

ATTN: Aaron S. Shoey

My Cash Now
c/o Silver Shield Service
P.O. Box 3540
Silver Springs, NV 89429

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**Sept 28 2009**
Date

**Thomas E. McIntire**
Signature

Print Name: Thomas E. McIntire
Business Address: 82½ 14th Street
City: Wheeling  State: WV  Zip: 26003